IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stafford, Lawrence | Case Number: 06 B 04950 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 5/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 8, 2008
Confirmed: July 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,940.00 | |
| Secured: | | 5,986.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 453.02 |
| Other Funds: | | 0.00 |
| Totals: | 8,940.00 | 8,940.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 556.18 | 5,783.34 |
| 4. | HomeComings Financial Network | Secured | 25,860.82 | 203.64 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 4,475.15 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 273.15 | 0.00 |
| 7. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| 8. | Midwestern Financial Corp | Unsecured | | No Claim Filed |
| 9. | Alverno Receivable Services | Unsecured | | No Claim Filed |
| 10. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| 11. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| 12. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| 13. | Money Lenders | Unsecured | | No Claim Filed |
| 14. | Midwestern Audit Services | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | $ 33,665.30 | $ 8,486.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 40.39 |
| 5% | 127.78 |
| 4.8% | 162.05 |
| 5.4% | 122.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stafford, Lawrence<br><br>Printed: 5/20/08 | Case Number: 06 B 04950<br>Judge: Goldgar, A. Benjamin<br>Filed: 5/3/06 |

_____
$ 453.02

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____